## JONES *v.* LOUISIANA.

No. 1255.  Decided June 10, 1968.

*Billy R. Pesnell* for appellant.

*Jack P. F. Gremillion,* Attorney General of Louisiana, and *William P. Schuler,* Second Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

THE CHIEF JUSTICE would dismiss the appeal for want of jurisdiction, treat the papers submitted as a petition for a writ of certiorari, and grant the petition for a writ of certiorari.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent.